THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858-794-1441
Facsimile: 858-794-1450
kah@weiserlawfirm.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
121 North Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile:  610/225-2678
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jjc@weiserlawfirm.com

Attorneys for Plaintiff

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. SEARS, Derivatively On Behalf Of Geron Corporation,<br><br>       Plaintiff,<br><br> vs.<br><br>DAVID L. GREENWOOD, ALEXANDER E. BARKAS, KARIN EASTHAM, EDWARD V. FRITZKY, THOMAS HOFSTAETTER, CHARLES J. HOMCY, HOYOUNG HUH, THOMAS D. KILEY, THOMAS B. OKARMA, and ROBERT J. SPIEGEL,<br><br>       Defendants,<br><br>and<br><br>GERON CORPORATION,<br><br>       Nominal Defendant. | No. 4:11-CV-00479-PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

WHEREAS Plaintiff David A. Sears (the "Plaintiff"), Nominal Defendant Geron Corporation ("Geron") and Defendants David L. Greenwood, Alexander E. Barkas, Karin Eastham, Edward V. Fritzky, Thomas Hofstaetter, Charles J. Homcy, Hoyoung Huh, Thomas D. Kiley, Thomas B. Okarma and Robert J. Spiegel (the "Defendants") hereby provide their written consent to the voluntary dismissal of the above-captioned action (the "Action") filed by Plaintiff, without prejudice, in its entirety as to Geron and the Defendants;

WHEREAS, Plaintiff, Geron and the Defendants (collectively the "Stipulating Parties") represent and affirm that no consideration, either direct or indirect, has been given in exchange for dismissal without prejudice of the Action;

WHEREAS the Stipulating Parties have agreed to each bear their own costs and fees related to the Action; and

WHEREAS the Stipulating Parties agree that each side complied in good faith with both Fed. R. Civ. P. Rule 11 and California Code of Civil Procedure §128.7 in connection with the Action;

THEREFORE, the Stipulating Parties hereby stipulate and request that the Court approve the voluntary dismissal of the Action without prejudice and order the Stipulating Parties to bear their own fees and costs.

IT IS SO STIPULATED.

DATED: March 2, 2011

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)



KATHLEEN A. HERKENHOFF

|   |   |
|---|---|
| 1 |   |
| 2 | 12707 High Bluff Drive, Suite 200 |
|   | San Diego, CA 92130 |
| 3 | Telephone: 858/794-1441 |
|   | Facsimile: 858/794-14 |
| 4 |   |
|   | THE WEISER LAW FIRM, P.C. |
| 5 | ROBERT B. WEISER |
|   | BRETT D. STECKER |
| 6 | JEFFREY J. CIARLANTO |
|   | 121 North Wayne Avenue, Suite 100 |
| 7 | Wayne, PA 19087 |
|   | Telephone: 610/225-2677 |
| 8 | Facsimile:  610/225-2678 |
| 9 | HAMILTON LINDLEY |
|   | GOLDFARB BRANHAM LLP |
| 10 | 2501 N. Harwood St., Suite 1801 |
|   | Dallas, TX 75201 |
| 11 | Telephone: 214/583-2257 |
|   | Facsimile:  214/583-2234 |
| 12 |   |
|   | Attorneys for Plaintiff |

14    I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being used to

15 file this Stipulation And [Proposed] Order Regarding Voluntary Dismissal Without Prejudice.  In

16 compliance with General Order 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in

17 this filing.

18

19 DATED:  March 2, 2011                           WILSON SONSINI GOODRICH & ROSATI
                                                                    BORIS FELDMAN
20                                                                  IGNACIO E. SALCEDA
                                                                    ANGIE YOUNG KIM
21                                                                  L. DAVID NEFOUSE

22

23                                                                  */s/ Ignacio E. Salceda/*
                                                                    IGNACIO E. SALCEDA
24

25                                                                  Professional Corporation
                                                                    650 Page Mill Road
26                                                                  Palo Alto, CA 94304-1050
                                                                    Telephone: 650/493-9300
27                                                                  Facsimile:  650/493-6811

28                                                                  Attorneys for Nominal Defendant Geron
                                                                    Corporation and Defendants David L.

STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT
PREJUDICE                                                                                                    - 2 -

1  Greenwood, Alexander E. Barkas, Karin
2  Eastham, Edward V. Fritzky, Thomas
   Hofstaetter, Charles J. Homcy, Hoyoung Huh,
3  Thomas D. Kiley, Thomas B. Okarma and Robert
   J. Spiegel

### ORDER

The Court, having reviewed the Stipulation and [Proposed] Order Regarding Voluntary Dismissal Without Prejudice, HEREBY ORDERS THAT:

The above-captioned action (the "Action") shall hereby be voluntarily dismissed, without prejudice, in its entirety as to Nominal Defendant Geron Corporation ("Geron") and Defendants David L. Greenwood, Alexander E. Barkas, Karin Eastham, Edward V. Fritzky, Thomas Hofstaetter, Charles J. Homcy, Hoyoung Huh, Thomas D. Kiley, Thomas B. Okarma and Robert J. Spiegel (the "Defendants").  Plaintiff, Geron and the Defendants are to bear their own costs in connection with the Action.

IT IS SO ORDERED.

DATED: 3/7/11  _____
HONORABLE PHYLLIS J. HAMILTON
DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I also caused the individuals on the manual service list and the attached service list to be served via U.S. mail.

*/s/ Kathleen A. Herkenhoff*
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

# Mailing Information for a Case 4:11-cv-00479-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **Angie Young Kim**
  aykim@wsgr.com

- **Louis David Nefouse**
  dnefouse@wsgr.com,lbeltran@wsgr.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
```

**GERON SERVICE LIST**

| | |
|---|---|
| THE WEISER LAW FIRM, P.C.<br>KATHLEEN A. HERKENHOFF (168562)<br>12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>Telephone: 858-794-1441<br>Facsimile: 858-794-1450<br>kah@weiserlawfirm.com | HAMILTON LINDLEY<br>GOLDFARB BRANHAM LLP<br>2501 N. Harwood St., Suite 1801<br>Dallas, TX 75201<br>Telephone: 214/583-2257<br>Facsimile: 214/583-2234<br><br>Attorneys for Plaintiff |

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
121 North Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jjc@weiserlawfirm.com

Attorneys for Plaintiff

WILSON SONSINI GOODRICH & ROSATI
BORIS FELDMAN
IGNACIO E. SALCEDA
ANGIE YOUNG KIM
L. DAVID NEFOUSE
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
Facsimile: 650/493-6811
borisfeldman@wsgr.com
isalceda@wsgr.com
aykim@wsgr.com
dnefouse@wsgr.com

Attorneys for Nominal Defendant Geron Corporation and Defendants David L. Greenwood, Alexander E. Barkas, Karin Eastham, Edward V. Fritzky, Thomas Hofstaetter, Charles J. Homcy, Hoyoung Huh, Thomas D. Kiley, Thomas B. Okarma and Robert J. Spiegel

STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE